965 A.2d 243

**John BUGGS, Appellant**

v.

**STATE OFFICIALS, DEPARTMENT OF CORRECTIONS, et al.**
**Suzanne Noelle Hueston, Counsel For Jeffery A. Beard, Shirley**
**Moore, John S. Shaffer, Jundith Viglione, Franklin J. Tennis,**
**Superintendent, Moniquew D. Hendricks, Pennsylvania Board**
**of Probation & Parole, Catherine C. McVey, Thomas Costa,**
**Edward Burke; Paule P. Scott, John Does, And Jan Does, Field**
**Agents; Chad L. Allensworth, Counsel for the Parole Board;**
**Philadelphia District Attorney Office, et al., Appellees.**

Supreme Court of Pennsylvania.

March 9, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 9th day of March, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**